IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Yocum, William Bradley ) Case No. _____
)
) Chapter __7__
)
Debtor. )
)

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| Ashlan, LLC | 10/29/2021 | 12/31/2021 |
|  |  |  |
|  |  |  |

❏ The debtor certifies by his/her signature below that he/she has no pay records because:

_____
_____
_____

Dated on the __11th__ day of __January__, 20 __22__.

                                                        /s/ William Bradley Yocum
                                                        (Debtor Signature)

❏ Pro se Debtor
☑ Represented by Counsel

                                                       /s/ Gary D Hammond

Gary D Hammond
Bar Number: 13825
Mitchell & Hammond
Mitchell & Hammond
512 N.W. 12th Street
Oklahoma City, OK 73103
Phone: (405) 216-0007
Email: gary@okatty.com
Counsel for __Yocum, William Bradley__

| Statement of Earnings For: | William Bradley Yocum | | | | | | Ashlan, LLC | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 14 | Department | VRSCH | Period Begin: | 10/11/2021 | Check Date: | 10/29/2021 | 5104 S. Pinnacle Hills Parkway |
| Clock Number: | | Calendar | 2 | Period End: | 10/26/2021 | Pay Type: | Salary | Ste. 200 |
| Company Id: | ASHLLC | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | Rogers, AR 72758 |
| | | State Filing: | Single | Exemptions: | 1 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4021064 | $0.00 | $5,000.00 | $3,916.75 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 57.6901 | 86.67 | 5,000.00 | 866.70 | 50,000.00 | SOC SEC EE | 302.95 | 3,537.22 | Health Pre-Tax | 55.23 | 441.84 |
| *Reimb. | | | 340.00 | 0.00 | 1,993.02 | MED EE | 70.85 | 827.25 | Dental Pre-Tax | 6.92 | 55.36 |
| *ER Paid Health | | | 140.00 | 0.00 | 1,120.00 | FEDERAL WH | 714.76 | 8,700.30 | Vision Pre-Tax | 1.54 | 12.32 |
| *ER Paid Dental | | | 6.91 | 0.00 | 55.28 | OKLAHOMA WH | 221.00 | 2,597.00 | HSA Pre-Tax | 50.00 | 400.00 |
| *ER Paid Vision | | | 1.55 | 0.00 | 12.38 | | | | | | |
| *ER Paid STD | | | 24.23 | 0.00 | 193.84 | | | | | | |
| *ER Paid LTD | | | 19.50 | 0.00 | 156.00 | | | | | | |
| *ER Paid Life | | | 1.65 | 0.00 | 13.20 | | | | | | |
| Regular | | | 0.00 | 8.00 | 461.52 | | | | | | |
| Bonus | | | 0.00 | 0.00 | 7,500.00 | | | | | | |
| *Mileage | | | 0.00 | 0.00 | 265.00 | | | | | | |
| Total: | | 86.67 | 5,000.00 | 874.70 | 57,961.52 | Total: | 1,309.56 | 15,661.77 | Total: | 113.69 | 909.52 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 5.0000 | Taken: | 0.00 | Balance 55.00 | Checking | Account: ####9286 | Deposit Amount: 3,916.75 |

Ashlan, LLC
5104 S. Pinnacle Hills Parkway
Ste. 200
Rogers, AR 72758

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/29/2021 | V4021064 |

| TOTAL NET PAY |
|---|
| ******$3,916.75 |

14 VRSCH 2

**William Bradley Yocum**
4204 NE 119th St.
Oklahoma City, OK 73131

**NOT NEGOTIABLE**

# Employee Pay Details

Ashlan, LLC

**William Bradley Yocum**

For Pay Period: 10/11/2021 - 10/26/2021
Pay Date: 10/29/2021

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Salary | | 86.67 | 5,000.00 |
| | | **86.67** | **5,000.00** |

### Reimbursements

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Reimb. | | | 340.00 |
| | | | **340.00** |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Paid Health | | | 140.00 |
| ER Paid Dental | | | 6.91 |
| ER Paid Vision | | | 1.55 |
| ER Paid STD | | | 24.23 |
| ER Paid LTD | | | 19.50 |
| ER Paid Life | | | 1.65 |
| | | | **193.84** |

| Statement of Earnings For: | William Bradley Yocum | | | | | | Ashlan, LLC | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 14 | Department | VRSCH | Period Begin: | 10/27/2021 | Check Date: | 11/15/2021 | 5104 S. Pinnacle Hills Parkway |
| Clock Number: | | Calendar | 2 | Period End: | 11/10/2021 | Pay Type: | Salary | Ste. 200 |
| Company Id: | ASHLLC | Federal Filing: | Single or Single | Exemptions: | | Additional Tax: | | Rogers, AR 72758 |
| | | State Filing: | Single | Exemptions: | 1 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4064710 | $0.00 | $5,000.00 | $3,576.73 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 57.6901 | 86.67 | 5,000.00 | 953.37 | 55,000.00 | SOC SEC EE | 302.96 | 3,840.18 | Health Pre-Tax | 55.23 | 497.07 |
| *ER Paid Health | | | 140.00 | 0.00 | 1,260.00 | MED EE | 70.86 | 898.11 | Dental Pre-Tax | 6.92 | 62.28 |
| *ER Paid Dental | | | 6.91 | 0.00 | 62.19 | FEDERAL WH | 714.76 | 9,415.06 | Vision Pre-Tax | 1.54 | 13.86 |
| *ER Paid Vision | | | 1.55 | 0.00 | 13.93 | OKLAHOMA WH | 221.00 | 2,818.00 | HSA Pre-Tax | 50.00 | 450.00 |
| *ER Paid STD | | | 24.23 | 0.00 | 218.07 | | | | | | |
| *ER Paid LTD | | | 19.50 | 0.00 | 175.50 | | | | | | |
| *ER Paid Life | | | 1.65 | 0.00 | 14.85 | | | | | | |
| Regular | | 0.00 | 0.00 | 8.00 | 461.52 | | | | | | |
| Bonus | | | 0.00 | 0.00 | 7,500.00 | | | | | | |
| *Reimb. | | | 0.00 | 0.00 | 1,993.02 | | | | | | |
| *Mileage | | | 0.00 | 0.00 | 265.00 | | | | | | |
| **Total:** | | 86.67 | 5,000.00 | 961.37 | 62,961.52 | **Total:** | 1,309.58 | 16,971.35 | **Total:** | 113.69 | 1,023.21 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 5.0000 | Taken: | 0.00 | Balance 60.00 | Checking | Account: ####9286 | Deposit Amount: 3,576.73 |

Ashlan, LLC
5104 S. Pinnacle Hills Parkway
Ste. 200
Rogers, AR 72758

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/15/2021 | V4064710 |

| TOTAL NET PAY |
|---|
| ******$3,576.73 |

14 VRSCH 2

**William Bradley Yocum**
4204 NE 119th St.
Oklahoma City, OK 73131

**NOT NEGOTIABLE**

## Employee Pay Details

Ashlan, LLC

**William Bradley Yocum**

For Pay Period: 10/27/2021 - 11/10/2021
Pay Date: 11/15/2021

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Salary | | 86.67 | 5,000.00 |
| | | **86.67** | **5,000.00** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Paid Health | | | 140.00 |
| ER Paid Dental | | | 6.91 |
| ER Paid Vision | | | 1.55 |
| ER Paid STD | | | 24.23 |
| ER Paid LTD | | | 19.50 |
| ER Paid Life | | | 1.65 |
| | | | **193.84** |

| Statement of Earnings For: | William Bradley Yocum | | | | | | Ashlan, LLC | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 14 | Department | VRSCH | Period Begin: | 11/11/2021 | Check Date: | 11/30/2021 | 5104 S. Pinnacle Hills Parkway |
| Clock Number: | | Calendar | 2 | Period End: | 11/26/2021 | Pay Type: | Salary | Ste. 200 |
| Company Id: | ASHLLC | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | Rogers, AR 72758 |
| | | State Filing: | Single | Exemptions: | 1 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4105084 | $0.00 | $5,000.00 | $3,576.75 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 57.6901 | 86.67 | 5,000.00 | 1,040.04 | 60,000.00 | SOC SEC EE | 302.95 | 4,143.13 | Health Pre-Tax | 55.23 | 552.30 |
| *ER Paid Health | | | 140.00 | 0.00 | 1,400.00 | MED EE | 70.85 | 968.96 | Dental Pre-Tax | 6.92 | 69.20 |
| *ER Paid Dental | | | 6.91 | 0.00 | 69.10 | FEDERAL WH | 714.76 | 10,129.82 | Vision Pre-Tax | 1.54 | 15.40 |
| *ER Paid Vision | | | 1.55 | 0.00 | 15.48 | OKLAHOMA WH | 221.00 | 3,039.00 | HSA Pre-Tax | 50.00 | 500.00 |
| *ER Paid STD | | | 24.23 | 0.00 | 242.30 | | | | | | |
| *ER Paid LTD | | | 19.50 | 0.00 | 195.00 | | | | | | |
| *ER Paid Life | | | 1.65 | 0.00 | 16.50 | | | | | | |
| Regular | | | 0.00 | 8.00 | 461.52 | | | | | | |
| Bonus | | | 0.00 | 0.00 | 7,500.00 | | | | | | |
| *Reimb. | | | 0.00 | 0.00 | 1,993.02 | | | | | | |
| *Mileage | | | 0.00 | 0.00 | 265.00 | | | | | | |
| **Total:** | | 86.67 | 5,000.00 | 1,048.04 | 67,961.52 | **Total:** | 1,309.56 | 18,280.91 | **Total:** | 113.69 | 1,136.90 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 5.0000 | Taken: | 0.00 | Balance  65.00 | Checking | Account: ####9286 | Deposit Amount: | 3,576.75 |

Ashlan, LLC
5104 S. Pinnacle Hills Parkway
Ste. 200
Rogers, AR 72758

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/30/2021 | V4105084 |

| TOTAL NET PAY |
|---|
| ******$3,576.75 |

14 VRSCH 2

**William Bradley Yocum**
4204 NE 119th St.
Oklahoma City, OK 73131

**NOT NEGOTIABLE**

# Employee Pay Details

Ashlan, LLC

**William Bradley Yocum**

For Pay Period: 11/11/2021 - 11/26/2021
Pay Date: 11/30/2021

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Salary | | 86.67 | 5,000.00 |
| | | **86.67** | **5,000.00** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Paid Health | | | 140.00 |
| ER Paid Dental | | | 6.91 |
| ER Paid Vision | | | 1.55 |
| ER Paid STD | | | 24.23 |
| ER Paid LTD | | | 19.50 |
| ER Paid Life | | | 1.65 |
| | | | **193.84** |

| Statement of Earnings For: | William Bradley Yocum | | | | | | Ashlan, LLC | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 14 | Department | VRSCH | Period Begin: | 11/27/2021 | Check Date: | 12/15/2021 | 5104 S. Pinnacle Hills Parkway |
| Clock Number: | | Calendar | 2 | Period End: | 12/10/2021 | Pay Type: | Salary | Ste. 200 |
| Company Id: | ASHLLC | Federal Filing: | Single or Single | Exemptions: | | Additional Tax: | | Rogers, AR 72758 |
| | | State Filing: | Single | Exemptions: | 1 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4149688 | $0.00 | $5,000.00 | $3,076.75 | |

### EARNINGS   *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 57.6901 | 86.67 | 5,000.00 | 1,126.71 | 65,000.00 |
| *ER Paid Health | | | 140.00 | 0.00 | 1,540.00 |
| *ER Paid Dental | | | 6.91 | 0.00 | 76.01 |
| *ER Paid Vision | | | 1.55 | 0.00 | 17.03 |
| *ER Paid STD | | | 24.23 | 0.00 | 266.53 |
| *ER Paid LTD | | | 19.50 | 0.00 | 214.50 |
| *ER Paid Life | | | 1.65 | 0.00 | 18.15 |
| Regular | | | 0.00 | 8.00 | 461.52 |
| Bonus | | | 0.00 | 0.00 | 7,500.00 |
| *Reimb. | | | 0.00 | 0.00 | 1,993.02 |
| *Mileage | | | 0.00 | 0.00 | 265.00 |
| **Total:** | | 86.67 | 5,000.00 | 1,134.71 | 72,961.52 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 302.95 | 4,446.08 |
| MED EE | 70.85 | 1,039.81 |
| FEDERAL WH | 714.76 | 10,844.58 |
| OKLAHOMA WH | 221.00 | 3,260.00 |
| **Total:** | 1,309.56 | 19,590.47 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Pre-Tax | 55.23 | 607.53 |
| Dental Pre-Tax | 6.92 | 76.12 |
| Vision Pre-Tax | 1.54 | 16.94 |
| HSA Pre-Tax | 50.00 | 550.00 |
| Advance | 500.00 | 500.00 |
| **Total:** | 613.69 | 1,750.59 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| PTO | Accrued: 5.0000 | Taken: 0.00 | Balance 70.00 | | |

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: ####9286 | Deposit Amount: 3,076.75 |

---

Ashlan, LLC
5104 S. Pinnacle Hills Parkway
Ste. 200
Rogers, AR 72758

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/15/2021 | V4149688 |

| TOTAL NET PAY |
|---|
| ******$3,076.75 |

14 VRSCH 2

**William Bradley Yocum**
4204 NE 119th St.
Oklahoma City, OK 73131

**NOT NEGOTIABLE**

# Employee Pay Details

Ashlan, LLC

**William Bradley Yocum**

For Pay Period:  11/27/2021 - 12/10/2021
Pay Date:        12/15/2021

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Salary |  | 86.67 | 5,000.00 |
|  |  | **86.67** | **5,000.00** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Paid Health |  |  | 140.00 |
| ER Paid Dental |  |  | 6.91 |
| ER Paid Vision |  |  | 1.55 |
| ER Paid STD |  |  | 24.23 |
| ER Paid LTD |  |  | 19.50 |
| ER Paid Life |  |  | 1.65 |
|  |  |  | **193.84** |

| Statement of Earnings For: | William Bradley Yocum | | | | | Ashlan, LLC | |
|---|---|---|---|---|---|---|---|
| Employee #: | 14 | Department | VRSCH | Period Begin: | 12/11/2021 | Check Date: | 12/31/2021 |
| Clock Number: | | Calendar | 2 | Period End: | 12/26/2021 | Pay Type: | Salary |
| Company Id: | ASHLLC | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | Single | Exemptions: | 1 | Additional Tax: | |

5104 S. Pinnacle Hills Parkway
Ste. 200
Rogers, AR 72758

| **Voucher Id** | **Check Amount** | **Gross Pay** | **Net Pay** | **Check Message** |
|---|---|---|---|---|
| V4206936 | $0.00 | $5,000.00 | $3,076.75 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 57.6901 | 86.67 | 5,000.00 | 1,213.38 | 70,000.00 | SOC SEC EE | 302.95 | 4,749.03 | Health Pre-Tax | 55.23 | 662.76 |
| *ER Paid Health | | | 140.00 | 0.00 | 1,680.00 | MED EE | 70.85 | 1,110.66 | Dental Pre-Tax | 6.92 | 83.04 |
| *ER Paid Dental | | | 6.91 | 0.00 | 82.92 | FEDERAL WH | 714.76 | 11,559.34 | Vision Pre-Tax | 1.54 | 18.48 |
| *ER Paid Vision | | | 1.55 | 0.00 | 18.58 | OKLAHOMA WH | 221.00 | 3,481.00 | HSA Pre-Tax | 50.00 | 600.00 |
| *ER Paid STD | | | 24.23 | 0.00 | 290.76 | | | | Advance | 500.00 | 1,000.00 |
| *ER Paid LTD | | | 19.50 | 0.00 | 234.00 | | | | | | |
| *ER Paid Life | | | 1.65 | 0.00 | 19.80 | | | | | | |
| Regular | | | 0.00 | 8.00 | 461.52 | | | | | | |
| Bonus | | | 0.00 | 0.00 | 7,500.00 | | | | | | |
| *Reimb. | | | 0.00 | 0.00 | 1,993.02 | | | | | | |
| *Mileage | | | 0.00 | 0.00 | 265.00 | | | | | | |
| **Total:** | | 86.67 | 5,000.00 | 1,221.38 | 77,961.52 | **Total:** | 1,309.56 | 20,900.03 | **Total:** | 613.69 | 2,364.28 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 5.0000 | Taken: | 0.00 | Balance 75.00 | Checking | Account: ####9286 | Deposit Amount: 3,076.75 |

Ashlan, LLC
5104 S. Pinnacle Hills Parkway
Ste. 200
Rogers, AR 72758

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/31/2021 | V4206936 |

| TOTAL NET PAY |
|---|
| ******$3,076.75 |

14 VRSCH 2

**William Bradley Yocum**
4204 NE 119th St.
Oklahoma City, OK 73131

NOT NEGOTIABLE

## Employee Pay Details

Ashlan, LLC

**William Bradley Yocum**

For Pay Period: 12/11/2021 - 12/26/2021
Pay Date:       12/31/2021

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Salary | | 86.67 | 5,000.00 |
| | | **86.67** | **5,000.00** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Paid Health | | | 140.00 |
| ER Paid Dental | | | 6.91 |
| ER Paid Vision | | | 1.55 |
| ER Paid STD | | | 24.23 |
| ER Paid LTD | | | 19.50 |
| ER Paid Life | | | 1.65 |
| | | | **193.84** |